# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 17, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154030(72)

RALPH SKIDMORE, JR., Individually and as
Personal Representative of the Estate of
CATHERINE DAWN SKIDMORE,
       Plaintiff-Appellee,

v

CONSUMERS ENERGY COMPANY,
       Defendant-Appellant.
_____/

SC: 154030
COA: 323757
Calhoun CC: 12-001595-NH

      On order of the Chief Justice, the motion of the Michigan Manufacturers Association to participate as amicus curiae and to file an amicus brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on November 10, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 17, 2016



Clerk